IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LAKELAND WEST CAPITAL
XXI, LLC, SUCCESSOR IN INTEREST
TO BANK OF AMERICA, N.A.                                                                    PLAINTIFF

V.                                       CASE NO. 6:13-cv-6075

HSHF PROPERTIES, LLC, *et al*                                                            DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion for Voluntary Dismissal Without Prejudice. (ECF No. 72). It has been reported to the Court that the within matter has been fully settled and compromised by the parties. Accordingly, the Court finds that the Motion should be and hereby is **GRANTED**. Pursuant to the parties' settlement agreement, Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The Court shall retain jurisdiction over the terms of the settlement agreement.

IT IS SO ORDERED, this 29th day of May, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge